### *ABAT & AL* vs. *NOLTE & AL'S SYNDICS.*

Receipt of   APPEAL from the court of the first district.
a draft in
*payment*, ex-
tinguishes   MARTIN, J. delivered the opinion of the
vendor's pri-
lege on thing court.   The parties were before us at the last
sold.
May term of this court, *vol.* 5, 697.   The de-
fendants having since filed a tableau of distri-
bution of the proceeds of the sale of the lot sold
by the plaintiffs to the insolvents, they opposed
its homologation, claiming payment of the
price of the sale, out of these proceeds by pre-
ference to all other creditors, and on the re-
jection of this claim they appealed.

The case was submitted on the testimony
on file in the former case.   This testimony had
been taken *subject to all legal objections.*

In the notarial act of sale, the plaintiffs, who were the vendors, acknowledged the receipt of the price, before the execution of the act.— The testimony of witnesses was taken to shew that the price had not been received before the execution of the act, but that the vendees gave the vendors a bill of exchange therefor soon after the execution of the act. Had therefore the counsel of the syndics insisted on it, this testimony could not have been received in the present case, because fraud is not alleged as it was in the former, and the testimony is offered against the contents of the act which is forbidden by the former code, 310 *art.* 242, and by the new, 2234.

Admitting the fact however, that payment was not made at the execution of the deed, the case shews that a bill of exchange was afterwards received *in payment.*

Millaudon, one of the plaintiffs' witnesses' deposes he knew the draft was given *in payment* for the lot, and the plaintiffs themselves in their original petition, in the former case, (the record of which is in evidence in the present,) expressly state they were prevailed on to receive the draft *in payment* of the lot. It appears to us from the documents and evi-

Eastern Dist.
*March,* 1828.

Abat & al.
*vs.*
Nolte & al.
syndics.

Eastern Dist.
*April,* 1828.

ABAT & AL.
*vs.*
NOLTE & AL.
SYNDICS.

dence, that the price of the sale was to be paid by a draft, that trusting in the honor of the vendees, the vendors acknowledged the receipt of the price in the act of sale, and shortly after received the draft. After this they could not have any privilege; for the payment of the price was consummated according to the intention of the parties, and the form of the act shows the vendors had no idea of retaining a privilege.

But if even the original intention of the parties had not been that payment should be made by a draft, by receiving the draft in payment the vendors extinguished their original claim. *See the case Rama & al vs. Howe, vol.* 2, 144.

It is therefore ordered, adjudged, and decreed, that the judgment of the district court be affirmed with costs.

*Denis* for the plaintiffs, *Peirce & Eustis* for the defendants.